**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01950-LTB-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Plaintiff,

    v.

HOME DEPOT U.S.A. INC., d/b/a The Home Depot, a Delaware corporation,

                Defendant.

**NOTICE OF CHANGE OF ADDRESS**

       PLEASE TAKE NOTICE that, effective immediately, the suite number for the Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), has changed.

The new address is:

    Equal Employment Opportunity Commission
    Denver Field Office
    303 E. 17th Ave., Suite 410
    Denver, CO 80203

All other information remains the same.

DATED: April 17, 2008

        Respectfully submitted,

        Rita Byrnes Kittle
        Acting Supervisory Trial Attorney
        Tel:  303-866-1347
        Email:  rita.kittle@eeoc.gov

        Nancy A. Weeks
        Senior Trial Attorney
        Tel:  303-866-1947
        Email: nancy.weeks@eeoc.gov

        s/ *Jennifer Randall*
        Jennifer Randall
        Trial Attorney
        Tel: 303-866-1378
        Email: jennifer.randall@eeoc.gov

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Denver Field Office
        303 E. 17th Ave., Suite 410
        Denver, CO 80203
        Fax:  303.866.1375

        *Attorneys for Plaintiff EEOC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of record at the following email addresses:

Christine Lamb
CLamb@halefriesen.com

Dan Friesen
DFriesen@halefreisen.com

Gillian Dale
GDale@halefriesen.com

                                                  *s/ Jennifer Randall*
                                                  Jennifer Randall
                                                  Trial Attorney