IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 06-cv-01950 - LTB - CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

v.

HOME DEPOT, U.S.A., INC., d/b/a The Home Depot, a Delaware corporation,

     Defendant.

_____

ORDER
_____


THIS MATTER having come before the Court on the Stipulated Motion for Entry of

Settlement Agreement (Doc 84 - filed July 28, 2009), and the Court being fully advised in

the premises, it is therefore

ORDERED that the Settlement Agreement is **APPROVED** and this matter shall be

**DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.


BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: July 29, 2009